**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                              Case No: 5:16-cv-165-Oc-30PRL

3.747 ACRES OF LAND IN LAKE
COUNTY FLORIDA, JAMES R.
BAYSINGER, NANCY KUHARSKE
BAYSINGER, CHRISTOPHER A.
KUHARSKE and UNKNOWN
OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #31).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of May, 2016.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record